UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Autumn, LLC,** a California Limited Liability Company; <br> **Intero Real Estate Services, Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: No.: 3:18-CV-07032-JST <br><br> [proposed] ORDER GRANTING JOINT STIPULATION |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56.
2. All dates based on the Joint Site Inspection deadline shall be recalculated from the date of this Order.

IT IS SO ORDERED.

Dated: April 5, 2019

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE